**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF IOWA
P.O. BOX 188
CEDAR RAPIDS, IOWA 52401

CHAMBERS OF
LINDA R. READE
DISTRICT COURT JUDGE
UNITED STATES COURTHOUSE
101 FIRST STREET SE
CEDAR RAPIDS, IOWA 52401

(319)286-2330
FAX (319)286-2331

E-mail: linda_reade@iand.uscourts.gov

August 18, 2004

Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

    Re:   Financial Disclosure for Hon. Linda R. Reade

Dear Judge Lisi:

Here is the additional information for my 2003 report:

Part III, B line2, "Farm Income" should be omitted.

Parts IV and V, the "NONE" box should be checked for both parts.

Part VII, page1, Line 6, Column D (3) should be "J".

Part VII, page 1, Line 7, Column D (3) should be "J".

Part VII, page 6, line 100, Column C (1) should be "J", C (2) should be "T".

Part VII, page 6, line 101, Column C (1) should be "J", C (2) should be "T".

Part VII, page 6, line 102, Column A the date of the appraisal is 12/31/03.

August 18, 2004
Page 2

I am enclosing three copies as requested.

Sincerely,

Linda R. Reade, Judge
United States District Court

LRR/dll
Enclosures

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Reade, Linda R | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>6/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>101 1st St. SE<br>Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2003 JUN 16 P 4: FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Bradshaw Fowler Proctor & Fairgrave, PC - wages |
| 2. | 2003 | Farm income |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | exempt | |

## V.  GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | exempt | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Farm Credit (X) | Secured by assets 80 through 97. | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month – Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. West Bank Accounts | | | | | Closed | | | | |
| 2. US Bank Accounts (formerly Firstar Bank Accounts) | B | Interest | K | T | | | | | |
| 3. CSCO Stock | | None | J | T | | | | | |
| 4. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 5. Morgan Stanley Liquid Asset Fund | A | Interest | J | T | | | | | |
| 6. VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | Partial Sale | 05/25 | | A | |
| 7. -Van Kampen Ins. Muni Inc Trust 14 | | | | | partial Sale | 12/25 | | A | |
| 8. CGM Mutual Fund | A | Dividend | O | T | | | | | |
| 9. US Savings Bonds | | None | J | T | | | | | |
| 10. Morgan Stanley American Opp. Fund B | | None | J | T | | | | | |
| 11. VanKampen Select Growth Fund | | None | J | T | | | | | |
| 12. Stock Index Fund-Valic | | None | J | T | | | | | |
| 13. Science & Technology Fund-Valic | | None | J | T | | | | | |
| 14. Putnam New Opportunity Fund | | None | J | T | | | | | |
| 15. Putnam Global Gr Fund | | None | J | T | | | | | |
| 16. American Cent Ultra Fund | | None | J | T | | | | | |
| 17. IRA Account (X) | | None | J | T | | | | | |
| 18. -Fidelity Adv Serv VII Technology Fd Cl T | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Piper Jaffray Prime Obligs | | | | | | | | | |
| 20. Retirement Account (X) | A | Dividend | P1 | T | | | | | |
| 21. - | A | Interest | | | | | | | |
| 22. -Schwab Money Market Fund | | | | | | | | | |
| 23. -Consumer Port | | | | | | | | | |
| 24. -Adrian Resources LTD | | | | | | | | | |
| 25. -Agere Systems Inc | | | | | | | | | |
| 26. -American Intl Group Inc | | | | | | | | | |
| 27. -American Tech Grp Inc | | | | | | | | | |
| 28. -Associated Banc Corp Wis | | | | | | | | | |
| 29. -Authentidate Hldg Corp | | | | | | | | | |
| 30. -Avaya Inc | | | | | | | | | |
| 31. -Bay View Cap I | | | | | | | | | |
| 32. -Biomira Inc | | | | | | | | | |
| 33. -Biosys Inc New | | | | | | | | | |
| 34. -Blue Chip Value Fd Inc | | | | | | | | | |
| 35. -Breed Technologies | | | | | | | | | |
| 36. -Corrections Cp Amer New | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  -Cray Computer Corp | | | | | | | | | |
| 38.  -General Electric Company | | | | | | | | | |
| 39.  -Grupo Inds Maseca B | | | | | | | | | |
| 40.  -Healthrac Inc | | | | | | | | | |
| 41.  -Intl Business Machines | | | | | | | | | |
| 42.  -L T V Corporation New | | | | | | | | | |
| 43.  -Laserscope | | | | | | | | | |
| 44.  -Level 3 Communications | | | | | | | | | |
| 45.  -Lucent Technologies Inc | | | | | | | | | |
| 46.  -Maytag Corp | | | | | | | | | |
| 47.  -Mcleodusa Inc New | | | | | | | | | |
| 48.  -Nstor Technologies Inc | | | | | | | | | |
| 49.  -Southmark Corp New | | | | | | | | | |
| 50.  -Southmark Pfd Ser A Conv | | | | | | | | | |
| 51.  -Telecom Argentina Ord F Class B | | | | | | | | | |
| 52.  -Templeton Global Incm Fd | | | | | | | | | |
| 53.  -Time Warner Inc | | | | | | | | | |
| 54.  -Tyco Intl Ltd New F | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Wackenhut Corrections Cp | | | | | Partial Sale | 09/19 | K | | |
| 56. -Wackenhut Corrections Cp | | | | | Partial Sale | 10/08 | J | | |
| 57. -Wal-Mart DE Cv Spn Adr F | | | | | | | | | |
| 58. -Wells Fargo & Co New | | | | | | | | | |
| 59. -Worldcom Inc. | | | | | | | | | |
| 60. -Worldcom Inc - MCI Group | | | | | | | | | |
| 61. -X C L Ltd New | | | | | | | | | |
| 62. -Capital World Growth & Income Fd CL A American Funds | | | | | | | | | |
| 63. -Fidelity Adv Eqty Growth Fund | | | | | | | | | |
| 64. -Fidelity Adv Overseas Class T | | | | | | | | | |
| 65. -Franklin Biotechnology Discovery Fund | | | | | | | | | |
| 66. -Kopp Emerging Growth Fund Cl A | | | | | | | | | |
| 67. -MFS Emerging Growth Fund | | | | | | | | | |
| 68. -MFS Global Fund CL A | | | | | | | | | |
| 69. -Oppenheimer Global Fund | | | | | | | | | |
| 70. -Putnam New Opportunties | | | | | | | | | |
| 71. -General Growth PPTYS | | | | | | | | | |
| 72. -Aero Systems Inc | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reade, Linda R | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Commerce Bancshares IA | | | | | | | | | |
| 74. -Enercon Data Corp | | | | | | | | | |
| 75. -McLeod USA Inc Cl A XXX | | | | | | | | | |
| 76. -Simetco Inc | | | | | | | | | |
| 77. -Encana Corporation | | | | | buy | 10/31 | K | | |
| 78. - | | | | | sold | 12/05 | K | B | |
| 79. -Bay View Cap I | | | | | redemption | 12/31 | J | | |
| 80. Farm 1 Dallas Co, IA (X) | | | M | W | | | | | |
| 81. Farm 2 Dallas Co, IA (X) | | | M | W | | | | | |
| 82. Farm 3 Dallas Co, IA (X) | | | L | W | | | | | |
| 83. Farm 4 Dallas Co, IA (X) | | | K | W | | | | | |
| 84. Farm 5 Adair Co, IA (X) | | | M | W | | | | | |
| 85. Farm 6 Adair Co, IA (X) | | | M | W | | | | | |
| 86. Farm 7 Adair Co, IA (X) | | | L | W | | | | | |
| 87. Farm 8 Adair Co, IA (X) | | | L | W | | | | | |
| 88. Farm 9 Adair Co, IA (X) | | | L | W | | | | | |
| 89. Farm 10 Adair Co, IA (X) | | | M | W | | | | | |
| 90. Farm 11 Adair Co, IA (X) | | | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Farm 12 Cass Co, IA (X) | | | M | W | | | | | |
| 92. Farm 13 Adams Co, IA (X) | | | M | W | | | | | |
| 93. Farm 14 Adams Co, IA (X) | | | M | W | | | | | |
| 94. Farm 15 Adams Co, IA (X) | | | L | W | | | | | |
| 95. Farm 16 Union Co, IA (X) | | | L | W | | | | | |
| 96. Farm 17 Taylor Co, IA (X) | | | L | W | | | | | |
| 97. Farm 18 Adams Co, IA (X) | | | K | W | | | | | |
| 98. Cincinnati Life Insurance Whole Life Policy (X) | | | M | T | | | | | |
| 99. Real Estate in Country of Latvia (X) | | | K | W | | | | | |
| 100. Mineral Interest, Dallas County, IA (X) | D | Royalty | | | | | | | |
| 101. Royalty Interest, Bowman County, North Dakota (X) | A | Royalty | | | | | | | |
| 102. Liberty Banshares Inc (X) | E | S-corp inc | O | Q | | | | | |
| 103. Ben Con Properties LLC (X) | C | Rent | K | U | | | | | |
| 104. Towne View Apartments, LTD(X) | A | Rent | J | U | | | | | |
| 105. Jam Leasing (X) | | None | J | U | | | | | |
| 106. Carefree Group LLC (X) | | None | K | U | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reade, Linda R | 6/10/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)


Part VII All items marked with an (X) were acquired through marriage.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature █████████████████                                    Date _June 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544